UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAYJUAN TREVION-WAYNE FLETCHER,<br><br>               Plaintiff,<br><br>   v.<br><br>M. ADSUEI et al.,<br><br>              Defendant. | CASE NO. 2:24-cv-00925-TL-BAT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, all objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed with prejudice.

(3)    The Clerk shall provide a copy of this Order to the parties.

Dated this 22nd day of December, 2025.

                                                    TANA LIN
                                                    United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1